UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-188-H-1

UNITED STATES OF AMERICA

v.

APRIL KROB

ORDER ON MOTION TO WITHDRAW
AS COUNSEL OF RECORD

This matter is before the Court on the Office of the Federal Public Defender's motion to withdraw based upon the limited appointment of counsel pursuant to Standing Order 14-SO-01. For good cause shown, the Court concludes that the Office of the Federal Public Defender should be granted an order allowing leave to withdraw as counsel of record for Ms. April Krob.

WHEREFORE, it is hereby ORDERED that the motion filed by the Office of the Federal Public Defender is allowed and Laura S. Wasco of the Office of the Federal Public Defender is granted leave to withdraw as counsel for Ms. April Krob.

SO ORDERED this 19th day of February 2015.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE