UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. April Krob**                                    **Docket No. 5:09-CR-188-1H**

### Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of April Krob, who, upon an earlier plea of guilty to Conspiracy to Manufacture, Distribute, and Dispense and Possess With Intent to Distribute 500 Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on March 10, 2010, to the custody of the Bureau of Prisons for a term of 192 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 120 months. On November 16, 2015, the term of imprisonment was reduced to 74 months. On July 6, 2018, a Motion for Revocation was filed with the court, and on October 10, 2018, the term of supervised release was revoked, with credit for time served, and Krob was placed on second term of supervised release for a period of 24 months.

April Krob was released from custody on October 10, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As a condition of supervision, Krob was enrolled in an inpatient substance abuse treatment program at Healing Transitions in Raleigh, North Carolina. She is scheduled to complete the treatment program on November 21, 2018. Due to the short-term nature of this inpatient treatment and a urinalysis screening that tested positive for Methamphetamine on November 7, 2018, for which she denied any drug use, it is recommended that the defendant complete a 120-day period of Location Monitoring (Curfew) and outpatient substance abuse counseling and mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 120 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.


/s/ Michael C. Brittain
Michael C. Brittain
Supervising U.S. Probation Officer

/s/ Timothy L. Gupton
Timothy L. Gupton
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: November 14, 2018

## ORDER OF THE COURT

Considered and ordered this ___15th___ day of ___November___, 2018, and ordered filed and made a part of the records in the above case.


_____
Malcolm J. Howard
Senior U.S. District Judge

**FOR JUDGE'S VIEW ONLY**

**DO NOT FILE**



**April Krob**
**Docket No. 5:09-CR-188-1H**